No. _____ CR 07 00507 JF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FILED 2007 AUG -2 A 8:17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

### SAN JOSE DIVISION

---

## THE UNITED STATES OF AMERICA

*vs.*

RICARDO SAEZ and
STEVEN MORENO,

---

# INDICTMENT

<u>Count One</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii) – Conspiracy to Distribute Methamphetamine.
<u>Count Two</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine.
<u>Count Three</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine.
<u>Count Four</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) – Distribution of Methamphetamine.

---

*A true bill.*

_____
Foreperson

---

Filed in open court this ___1___ day of Aug. 2007

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ __NO BAIL WARRANT__ RS

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 AUG -2  A 8:17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER
OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07 00507 JF RS |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 21 U.S.C. § – Conspiracy to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine |
| v. | ) | |
| RICARDO SAEZ and STEVEN MORENO, | ) | |
| Defendants. | ) | SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:  (21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) and 841(b)(1)(B)(viii))

On or about September 9, 2005, and continuing through September 21, 2005, in the Northern District of California, the defendants,

RICARDO SAEZ and
STEVEN MORENO,

did knowingly and intentionally conspire with each other and with others unknown to the Grand

INDICTMENT


Jury to distribute a controlled substance, to wit, approximately 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, and 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii) and 841(b)(1)(B)(viii).

COUNT TWO:  (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

On or about September 9, 2005, in the Northern District of California, the defendants,

RICARDO SAEZ and
STEVEN MORENO,

did knowingly and intentionally distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

COUNT THREE:  (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

On or about September 15, 2005, in the Northern District of California, the defendants,

RICARDO SAEZ and
STEVEN MORENO,

did knowingly and intentionally distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

COUNT FOUR:  (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about September 21, 2005, in the Northern District of California, the defendants,

RICARDO SAEZ and
STEVEN MORENO,

did knowingly and intentionally distribute a controlled substance, to wit, 50 grams and more of

//
//
//
//
//

INDICTMENT                                          2

1  methamphetamine, its salts, isomers, and salts of its isomers, and 50 grams and more of a
2  mixture and substance containing a detectable amount of methamphetamine, in violation of Title
3  21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and 841(b)(1)(B)(viii).
4
5                                                                A TRUE BILL.
6
7  DATED: 8/1/07
                                                                 _____
                                                                 FOREPERSON
8
9
10 SCOTT N. SCHOOLS
   United States Attorney
11
12
13 DAVID R. CALLAWAY
   Deputy Chief, San Jose Office
14
15
16 (Approved as to form: _____)
                          AUSA O'Connell
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT                                                    3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
SEE ATTACHMENT TO PENALTY SHEET

FILED
2007 AUG -2 A 8:17
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
SEE ATTACHMENT TO PENALTY SHEET

**DEFENDANT - U.S.**
▶ STEVEN MORENO

**DISTRICT COURT NUMBER**
CR 07 00507 JF

---

**PROCEEDING**
Name of Complainant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
THOMAS M. O'CONNELL

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

SEALED BY ORDER OF THE COURT

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

UNITED STATES OF AMERICA
v.
RICARDO SAEZ and
STEVEN MORENO

## ATTACHMENT TO PENALTY SHEET

Count One: Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii) –
Conspiracy to Distribute Methamphetamine.

10 years imprisonment (mandatory minimum)
Life imprisonment (maximum)
$4,000,000.00 fine
5 years of supervised release
$100 special assessment

Count Two: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) -
Distribution of Methamphetamine.

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000.00 fine
4 years of supervised release
$100 special assessment

Count Three: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) -
Distribution of Methamphetamine.

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000.00 fine
4 years of supervised release
$100 special assessment

Count Four: Title 21, United States Code, Sections 841 (a)(1) and 841(b)(1)(A)(viii) –
Distribution of Methamphetamine.

10 years imprisonment (mandatory minimum)
Life imprisonment (maximum)
$4,000,000.00 fine
5 years of supervised release
$100 special assessment

1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

— OFFENSE CHARGED —

SEE ATTACHMENT TO PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
SEE ATTACHMENT TO PENALTY SHEET

— DEFENDANT - U.S. —

▶ RICARDO SAEZ

DISTRICT COURT NUMBER

FILED
2007 AUG -2 A 8:17
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CR 07 00507 JF

— PROCEEDING —

Name of Complainant Agency, or Person (&Title, if any)

S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   **THOMAS M. O'CONNELL**

— DEFENDANT —

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: **NO BAIL**

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

UNITED STATES OF AMERICA
v.
RICARDO SAEZ and
STEVEN MORENO

## ATTACHMENT TO PENALTY SHEET

<u>Count One</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii) – Conspiracy to Distribute Methamphetamine.

10 years imprisonment (mandatory minimum)
Life imprisonment (maximum)
$4,000,000.00 fine
5 years of supervised release
$100 special assessment

<u>Count Two</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine.

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000.00 fine
4 years of supervised release
$100 special assessment

<u>Count Three</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine.

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000.00 fine
4 years of supervised release
$100 special assessment

<u>Count Four</u>: Title 21, United States Code, Sections 841 (a)(1) and 841(b)(1)(A)(viii) – Distribution of Methamphetamine.

10 years imprisonment (mandatory minimum)
Life imprisonment (maximum)
$4,000,000.00 fine
5 years of supervised release
$100 special assessment

1