**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7  USA,                                    No. CR 07-00507 JW
8         Plaintiff(s),
                                           CLERK'S NOTICE
9         v.
10 RICARDO SAEZ AND STEVEN MORENO,
11        Defendant(s).
12 _____/
13
   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
   YOU ARE NOTIFIED THAT due to the Related Case Order recently filed a Status/Trial Setting
16
   Hearing has been set before Judge James Ware **September 24, 2007 at 1:30 PM ,** Courtroom 8, 4th
17
   Floor, 280 S. 1st Street, San Jose, California.
18
   Dated: September 18, 2007
19
                                           FOR THE COURT,
                                           Richard W. Wieking, Clerk
20
21
                                           by:   _____/s/_____
22                                               Elizabeth Garcia
                                                 Courtroom Deputy
23
24
25
26
27
28