UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 10/22/2007
**Case No:** CR-07-0507 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Ricardo Saez ( C) (1) and Steven Moreno (NC) (2)

Attorney(s) for Plaintiff(s): Tom O'Connell
Attorney(s) for Defendant(s): Mary Conn (1)
Geoffrey Braun (2)

## PROCEEDINGS

Status/Trial Setting hearing

## ORDER AFTER HEARING

Hearing Held. Defendant Saez present and in custody for proceedings. Defendant Moreno present and not in custody for proceedings. The Court continued this matter to 12/3/2007 at 1:30 PM as to BOTH defendants. Time is excluded from 10/22/2007 to 12/3/2007 for accommodate for Defense counsel's further investigation of discovery materials and for efforts to resolve this matter short of trial.

_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: