UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 12/3/2007  
**Case No:** CR-07-0504 JW  
    Related Cases: CR 07-0507 JW  
                     CR 07-0523 JW  
                     CR 07-0524 JW  
                     CR 07-0525 JW  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Summer Clanton  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

## TITLE

U.S.A. v. Ricardo Saez ( C ) (1)

**Attorney(s) for Plaintiff(s):** Tom O'Connell  
**Attorney(s) for Defendant(s):** Bruce Funk for Mary Conn  

## PROCEEDINGS

Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Court set a Trial Setting/Disposition Hearing for January 14, 2008 at 1:30 PM. Time is excluded from December 3, 2007 through January 14, 2008 for efforts to resolve this matter short of trial.

_____  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: