United States District Court

For the Northern District of California

1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7    USA,                                    No. CR 07-00507 JW
                                             No. CR 07-00523 JW
8              Plaintiff(s),                 No. CR 07-00524 JW
                                             No. CR 07-00525 JW
9         v.
                                             CLERK'S NOTICE CONTINUING MOTION
10   SAEZ,                                   HEARING TIME
11             Defendant(s).
12   _____/
13
14
     TO ALL PARTIES AND COUNSEL OF RECORD:
15
16
     YOU ARE NOTIFIED THAT the Motion Hearing re Representation as to Defendant Saez ONLY
17
     before Judge James Ware previously noticed for January 17, 2008 at 1:30 PM has been reset to
18
     January 17, 2008 **at 3:00 PM,** Courtroom 8, 4th Floor, 280 S. 1st  Street, San Jose, California.
19
20
     Dated:  January 15, 2008
21                                           FOR THE COURT,
                                             Richard W. Wieking, Clerk
22
23
24                                           by:  _____/s/_____
                                                    Elizabeth Garcia
25                                                  Courtroom Deputy
26
27
28