UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 2/11/2008  
**Case No.:** CR- 07-0504 JW  
**Related Case No.:**  
    CR 07-0507 JW USA v. Saez  
    CR 07-0523 JW USA v. Saez  
    CR 07-0524 JW USA v. Saez  
    CR 07-0525 JW USA v. Saez  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Summer Clanton  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

## TITLE

U.S.A. v. Ricardo Saez ( C)(1)

**Attorney(s) for Plaintiff(s):** Tom O'Connell  
**Attorney(s) for Defendant(s):** Jack Gordon for Ricardo Saez  

## PROCEEDINGS

Status Hearing for Defendant Saez in CR-07-0504 JW and all related cases.

## ORDER AFTER HEARING

Hearing Held. Defendant Saez present and in custody for proceedings. The Court continued this matter to April 21, 2008 at 1:30 PM for Setting/Disposition. Time is excluded from March 17, 2008 through April 21, 2008 for efforts to globally resolve this matter short of trial.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: