UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 4/28/2008 | **Court Reporter:** Summer Clanton |
| **Case No.:** CR-07-0524 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** CR-07-0504 JW | **Interpreter:** N/A |
| CR-07-0507 JW | |
| CR-07-0523 JW | |
| CR-07-0525 JW | |

## TITLE

U.S.A. v. Ricardo Saez (1) ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Jack Gordon

## PROCEEDINGS

Disposition Hearing

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The defendant plead in open Court as to Count 2 in CR-07-0524 JW. A plea agreement was executed in open Court. The Government moved to dismiss Counts 1, 3,4 in CR-07-0524 JW and to Dismiss Indictments in CR-07-0504 JW, CR-07-0507 JW, CR-07-0523 JW, CR-07-0525 JW. The Court submitted the Government's Motion until the date of sentencing. The Court referred this matter to the Probation Office for preparation of Presentence Investigation Report in CR-07-0524 JW. The Court set a date for Judgment and Sentencing on July 7, 2008 at 1:30 PM.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: USPO